# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2044
Lower Tribunal No. 05-15686
_____

**J.B., The Father,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Angelica D. Zayas, Judge.

Thomas Butler, P.A., and Thomas J. Butler, for appellant.

Karla Perkins, for appellee Department of Children and Families; Sara E. Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee); KCB Law, PLLC, and Khairiya C. Bryant (Orlando), for appellee Guardian ad Litem.

Before LOGUE, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.  See Fla. Dep't of Child. & Families v. A.R., 253 So. 3d 1158, 1164 (Fla. 3d DCA 2018) ("Appellate review of a termination of parental rights case is 'highly deferential. . . . a finding that evidence is clear and convincing enjoys a presumption of correctness and will not be overturned on appeal unless clearly erroneous or lacking in evidentiary support.'" (quoting C.G. v. Dep't of Child. & Families, 67 So. 3d 1141, 1143 (Fla. 3d DCA 2011))); J.E. v. Dep't of Child. & Families, 126 So. 3d 424, 427 (Fla. 4th DCA 2013) ("While a trial court's decision to terminate parental rights must be based on clear and convincing evidence, our review is limited to whether competent substantial evidence supports the trial court's judgment."); T.J. v. E.W.R., 721 So. 2d 723, 725 (Fla. 1998) (holding that incarceration may be a factor, when considered with other factors in evidence, when determining whether to terminate parental rights on the ground of abandonment).